IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY D. HUNTER,<br><br>    Plaintiff,<br><br>vs.<br><br>P. DAVIS,<br><br>    Defendants.<br>_____/ | 1:09-cv-00017 OWW-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Motion#9)<br><br>30-DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2009, plaintiff filed a motion to extend time to file his application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file the application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   April 8, 2009**                    /s/  **William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE