UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEROY D. HUNTER, | ) | 1:09-cv-00017-OWW-GSA-PC |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION |
| vs. | ) ) | |
| P. DAVIS, | ) | (Doc. 21.) |
| Defendant. | ) ) ) | |

Leroy D. Hunter ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2010, Plaintiff filed a motion for a court order. (Doc. 21.) In the motion, Plaintiff refers to a prior motion he filed on May 12, 2009, in which he requested an extension of time to file an application to proceed in forma pauperis. However, the Court is unable to determine from Plaintiff's rambling narrative what relief he seeks in the present motion. The Court notes that Plaintiff's prior motion for extension of time was granted, Plaintiff filed the application to proceed in forma pauperis, and the application was granted by the Court. (Docs. 11, 15, 16.)

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion filed on April 15, 2010, is DENIED.

IT IS SO ORDERED.

Dated:   **September 3, 2010**          /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE